

ENTERED
08/30/2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| HOPEWELL-PILOT PROJECT LLC § | Case No. 17-32880 | |
|    Debtor § | Chapter 7 | |
| § | | |
| Title Rover LLC § | Case No. 17-32881 | |
|    Debtor § | Chapter 7 | |
| § | | |
| § | (Jointly Administered under 17-32880) | |
| ENSOURCE INVESTMENTS, LLC § | | |
|    Movant § | | |
| § | | |
| vs. § | | |
| § | | |
| HOPEWELL-PILOT PROJECT LLC and § | | |
| TITLE ROVER, LLC, and § | | |
| RODNEY TOW, TRUSTEE § | | |
|    Respondents. § | | |

**AGREED ORDER CONCERNING
ENSOURCE INVESTMENTS, LLC'S MOTION FOR RELIEF FROM THE
AUTOMATIC STAY REGARDING PENDING LITIGATION**

IN HOUSTON, TEXAS, on July 19, 2018, came on for hearing, the Motion for Relief From the Automatic Stay Regarding Pending Litigation filed by Ensource Investments, LLC ("Ensource") to which Rodney Tow, Trustee ("Trustee") objected. At the hearing, Ensource and the Trustee (collectively "Parties") reached an agreement which was announced to the Court. Based upon the announcement of the Parties and the announcement being in the best interest of the estates and the Parties; it is THEREFORE

ORDERED that the automatic stay in the captioned jointly administered bankruptcy cases is modified as follows:

1. Ensource may add the Debtors, captioned above, as nominal parties to Ensource Investments, LLC vs Thomas Tatham et al; Civil Action No. 17-cv-00079 in the United States District Court, Southern District of California, San Diego Division ("San Diego Action"),

2. Ensource may conduct discovery in accordance with the Federal Rules of Civil Procedure ("Discovery") of the Debtors and their bankruptcy estates in the San Diego Action,

3. The Debtors' designated corporate representatives are directed to cooperate with and assist the Trustee in responding to the Discovery,

4. Costs, other than legal fees, incurred by the Trustee or the Trustee's professionals in copying items produced in response to the Discovery and otherwise complying with the Discovery shall be borne by Ensource, *provided* that (a) the Trustee shall notify Ensource prior to incurring any such costs for which the Trustee or the Trustee's professionals will seek reimbursement and (b) Ensource consents to said costs,

5. The Trustee and Ensource may seek relief from this Court concerning any provision of this Order including, but not limited to, the Discovery and costs that the Trustee seeks to incur in connection with the Discovery,

6. The Trustee shall not contest, object to or seek to subordinate or otherwise challenge the proofs of claim filed by Ensource in the captioned cases until the San Diego Action is concluded by final judgment or settlement, and

7. All other relief not granted is denied.

Signed: August 30, 2018.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

By: *Alan S. Gerger*
Alan S. Gerger
State Bar No.: 07816350
2211 Norfolk St., Suite 517
Houston, Texas 77098
Telephone: 713-337-6423
E-mail: asgerger@gerglaw.com

ATTORNEYS FOR
ENSOURCE INVESTMENTS LLC

By: */s/ R. J. Shannon*
R. J. Shannon
State Bar No.: 24108062
Diamond McCarthy LLP
909 Fannin Street, 37th Floor
Houston, Texas 77010
713-333-5143
robert.shannon@diamondmccarthy.com

ATTORNEYS FOR RODNEY D. TOW, IN HIS CAPACITY AS CHAPTER 7 TRUSTEE