

ENTERED
02/05/2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Case No. 17-32880 (DRJ) |
| HOPEWELL-PILOT PROJECT, LLC | Chapter 7 |

**AGREED ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**
(Docket No. 119)

SMW Investments I, LLC ("SMW") filed a motion (the "Motion")[1] seeking relief from the automatic stay against the Paid up Oil, Gas and Mineral Lease dated December 2, 2016 (the "Lease"), attached as Exhibit A to SMW's Proof of Claim (Claim #5) (the "SMW Claim") under section 362(d)(2) of Title 11 of the United States Code.  SMW represented to the Court that it had served the Motion in accordance with all applicable rules and provided notice of the hearing.

The Debtor is not seeking to reorganize and the Trustee has agreed to the requested relief. Accordingly, this Court finds that SMW is entitled to the relief requested under section 362(d)(2). Therefore, it is ORDERED:

1. SMW is granted leave from the automatic stay to pursue its state law remedies against the Lease, including repossession, foreclosure, and/or eviction.

2. The 14-day stay imposed by Bankruptcy Rule 4001(a)(3) does not apply.

3. The Trustee and SMW reserve all rights with respect to the SMW Claim.

Signed:  February 05, 2019.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

2

AGREED AND ENTRY REQUESTED:

| | |
|---|---|
| BAKER BOTTS L.L.P. | KASOWITZ BENSON TORRES LLP |
| By: */s/ Ian E. Roberts* | */s/ R.J. Shannon* |
|    Ian E. Roberts | Kyung S. Lee (TBA No. 12128400) |
|    Texas Bar No. 24056217 | klee@kasowitz.com |
|    ian.roberts@bakerbotts.com | R. J. Shannon (TBA No. 24108062) |
|    2001 Ross Ave, Suite 900 | rshannon@kasowitz.com |
|    Dallas, Texas 75201 | 1415 Louisiana St. Suite 2100 |
|    214.953.6719 | Houston, TX 77002 |
| | Telephone: 713-220-8855 |
| COUNSEL FOR SMW INVESTMENTS 1, LLC | Facsimile: 713-222-0843 |
| | |
| | *Counsel for Rodney D. Tow, Chapter 7 Trustee* |