UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Case number 17-32880

In re: HOPEWELL-PILOT PROJECT LLC

Taxpayer number: X-XXXXX-X107-5

WITHDRAWAL OF

Claim #2
Priority Proof Of Claim

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to:  Office of the Attorney General
                  Bankruptcy & Collections Division MC-008
                  P. O. Box 12548
                  Austin, TX 78711-2548
                  Phone: 512-463-2173

1. DATE OF CLAIM              : 08/30/2017

2. TOTAL AMOUNT OF CLAIM      : $1,000.00
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 01/01/2017 TO 12/31/2017

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN


Date: 05/13/2019

/s/ Lydia Hewett
Accounts Examiner    512-463-4510
Revenue Accounting Division
Texas Comptroller of Public Accounts


Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.9-15/6)